UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KEVIN SCOTT VANRHEE,

        Petitioner,        Case No. 1:19-cv-956

v.        Honorable Paul L. Maloney

LES PARISH,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: January 16, 2020        /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge