UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KEVIN SCOTT VANRHEE,

        Petitioner,

v.

LES PARISH,

        Respondent.
_____/

Case No. 1:19-cv-956

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:    January 16, 2020            /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge